JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHERA YOUSOFZOY, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. SA CV 08-01152 AHS (RNBx)<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

**<u>ORDER</u>**

Based upon the Joint Motion to Dismiss Case with Prejudice and for good cause shown, the Joint Motion to Dismiss Case with Prejudice is hereby granted. The entire action is dismissed with prejudice, each party to bear their own attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated: September 1, 2009.

ALICEMARIE H. STOTLER
_____
Hon. Alicemarie H. Stotler
United States District Court Judge